387 A.2d 119

Korn, et al., Appellants, v. Avis Rent A Car System, Inc., et al.

Argued December 6, 1977. Herbert B. Newberg, with him Alan Kahn, for appellants; Jerome J. Shestack, with him Harvey Bartle, III, for appellees.

Order affirmed.

387 A.2d 119

Labowitz v. Southeastern Pennsylvania Transportation Authority, Appellant.

Argued December 9, 1977. Stanley J. Sinowitz, with him Joseph F. Keener, Jr., for appellant; Morris H. Zuber, with him Gorberg and Zuber, for appellee.

Order affirmed.